# EXHIBIT B



Buy Tickets





   

# "Frankenstein," composite electric guitar, 1975

Edward Lodewijk "Eddie" Van Halen

Aptly nicknamed "Frankenstein," this guitar was pieced together by Eddie Van Halen from modified factory seconds and mismatched odd-lot parts, then spray-painted. It represents an effort to combine some of the most desirable elements of Gibson and Fender guitars into a single instrument that was not commercially available at the time. Van Halen was continually striving to achieve the ultimate guitar for tone, playability, dependability, and functionality. The

legions of copies from other manufacturers and inspired generations of fans to design their own instruments.

READ MORE

On view at The Met Fifth Avenue in Gallery 199

## Object Details

| Artist: | Edward Lodewijk "Eddie" Van Halen (American, born Nijmegen, Netherlands, 1955) |
| --- | --- |
| Date: | 1975 |
| Medium: | Ash, maple, nickel, chrome, plastic, spray paint |
| Dimensions: | Length: 39 1/4 in. (99.7 cm)<br>Width: 13 in. (33 cm)<br>Depth: 1 3/4 in. (4.4 cm)<br>Weight: 7-8 lbs. (3.2 - 3.6 kg) |
| Classification: | Chordophone-Lute-plucked-fretted |
| Credit Line: | Courtesy of Eddie Van Halen |

## References

https://www.smithsonianmag.com/arts-culture/q-and-a-with-eddie-van-halen-159357298/

Buy Tickets

About The Met

Blogs

Videos

Press

The Met Fifth Avenue

1000 Fifth Avenue

New York, NY 10028

Phone: 212-535-7710

The Met Breuer

945 Madison Avenue

New York, NY 10021

Phone: 212-731-1675

The Met Cloisters

99 Margaret Corbin Drive

Fort Tryon Park

New York, NY 10040

Phone: 212-923-3700

Site Index

Terms and Conditions

Privacy Policy

Buy Tickets

© 2000–2019 The Metropolitan Museum of Art. All rights reserved.