UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/18/2019__
```

-------------------------------------------------------- X

LAWRENCE MARANO,                                    :
                                                    :
                          Plaintiff,                :
                                                    :
              -against-                             :              19-CV-8606 (VEC)
                                                    :
                                                    :              ORDER TO SHOW CAUSE
THE METROPOLITAN MUSEUM OF ART,                     :
                                                    :
                          Defendant.                :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff commenced this copyright-infringement action, stemming from

Defendant's alleged use of Plaintiff's protected photograph, Compl. ¶ 1;

      IT IS HEREBY ORDERED that Plaintiff must, no later than **October 9, 2019**, show cause,

in writing, why this action should not be dismissed under the Fair Use exception of the Copyright

Act, *see* 17 U.S.C. § 107.

      IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order to Show Cause

on Defendant in addition to the Complaint and Summons as already required by Fed. R. Civ. P. 4,

and promptly file proof of service with this Court.

**SO ORDERED.**

Date:  **September 18, 2019**
      **New York, New York**

                           **VALERIE CAPRONI**
                           **United States District Judge**