```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LAWRENCE MARANO,                          :
                                          :
                           Plaintiff,     :
                                          :
       -against-                          :       19-CV-8606 (VEC)
                                          :
                                          :       ORDER TO SHOW CAUSE
THE METROPOLITAN MUSEUM OF ART,           :
                                          :
                           Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Plaintiff commenced this copyright-infringement action, stemming from Defendant's alleged use of Plaintiff's protected photograph (Dkt. 1);

   WHEREAS on September 18, 2019, the Court ordered Plaintiff to show cause why this action should not be dismissed under the Fair Use exception of the Copyright Act (Dkt. 5);

   WHEREAS on October 9, 2019, Plaintiff timely filed proof of service and a memorandum of law in response to the Court's Order to Show Cause (Dkts. 8-9); and

   WHEREAS Defendant has appeared in this case (Dkts. 6-7);

   IT IS HEREBY ORDERED that Defendant must respond to Plaintiff's memorandum of law no later than **October 23, 2019**. Plaintiff may file a reply no later than **October 30, 2019**.

**SO ORDERED.**

Date: **October 11, 2019**                          _____
      **New York, New York**                        **VALERIE CAPRONI**
                                                    **United States District Judge**